UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Gaetan Brochu,<br><br>    Plaintiff,<br><br>    v.<br><br>Liberty Mutual Insurance Company;<br>Verisk<br><br>    Defendants. | Civil Action No. 2:25–cv–135 |

## **ORDER**

On or before March 12, 2025, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 5th day of March 2025.

                                                        /s/Kevin J. Doyle
                                                        Kevin J. Doyle
                                                        United States Magistrate Judge