UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Gaetan Brochu,<br><br>      Plaintiff,<br><br>      v.<br><br>Liberty Mutual Insurance Company and Verisk,<br><br>      Defendants. | Civil Action No. 2:25–cv–135 |

## **ORDER**

On or before April 25, 2025, Defendants shall return executed their Magistrate Judge Assignment Forms in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 17th day of April 2025.

                                              */s/ Kevin J. Doyle*
                                              Kevin J. Doyle
                                              United States Magistrate Judge